69,858-16

# WRIT OF HABEAS CORPUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

## CERTIFIED COPIES OF

## POST CONVICTION

FROM:                    230TH DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

DONALD WAYNE HEROD

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

# CAUSE #678796-C

# INDEX

|                                                         | PAGE |
|---------------------------------------------------------|------|
| WRIT OF MANDAMUS FROM THE COURT OF CRIMINAL APPEALS      | 1    |
| DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER                  | 3    |
| CERTIFICATE OF THE CLERK                                 | 4    |

REV: 01-02-04

678796-C

FILED
Chris Daniel
District Clerk

FEB 05 2015

Time:_____
Harris County, Texas
By_____
Deputy



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-69,858-16

### IN RE DONALD W. HEROD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NOS. 1152281, 0678796 & 0867122
IN THE 339th, 230th & 337th DISTRICT COURTS
FROM HARRIS COUNTY

*Per curiam.*

### ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 339th, 230th, and 337th District Courts of Harris County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the records on such habeas corpus applications, submitting a copy of timely filed orders which designate issues to be

: 00001

investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed applications for writs of habeas corpus in Harris County. Should the response include orders designating issues, proof of the date the district attorney's office was served with the habeas applications shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 4, 2015
Do not publish

**Belinda Hill**
**Interim First Assistant**



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

February 26, 2015

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte <u>DONALD WAYNE HEROD</u>
No. <u>678796-C</u> in the 230TH
District Court of Harris County, Texas
Filing date: 6-30-14

Date copy of writ delivered to District Attorney's Basket: <u>2/26/15</u>
By: <u>B. MCNEIL</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

FEB 26 2015

_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

: 00003

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS              {   IN THE 230th DISTRICT COURT

COUNTY OF HARRIS               {   OF HARRIS COUNTY, TEXAS


I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing  4  pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 678796-C including certified

copies as requested from Court Order (entered on the 4TH day of FEBRAURY, A.D.,

2015) and each document, the inclusion of which was thereby ordered.


I further certify the Applicant DOANLD WAYNE HEROD is in the custody of the Texas

Department of Criminal Justice Institutional Division.


Witness my hand and seal of said Court at Houston, Texas, on this the 4TH day of

MARCH, 2015.


CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
    Brenda McNeil, Deputy

**WRIT OF HABEAS CORPUS**

**CERTIFIED COPIES OF**

**POST CONVICTION**

FROM: 339TH DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

DONALD WAYNE HEROD

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

# CAUSE #1152281-D

# INDEX

PAGE

WRIT OF MANDAMUS FROM THE COURT OF CRIMINAL APPEALS          1

DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER          3

CERTIFICATE OF THE CLERK          4

F I L E D
Chris Daniel
District Clerk

FEB 0 5 2015

Time:_____
Harris County, Texas
By_____
Deputy



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-69,858-16

## IN RE DONALD W. HEROD, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NOS. 1152281, 0678796 & 0867122
## IN THE 339th, 230th & 337th DISTRICT COURTS
## FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original

jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in

the 339th, 230th, and 337th District Courts of Harris County, that more than 35 days have elapsed, and

that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris

County, is ordered to file a response, which may be made by submitting the records on such habeas

corpus applications, submitting a copy of timely filed orders which designate issues to be

: 00001

investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed applications for writs of habeas corpus in Harris County. Should the response include orders designating issues, proof of the date the district attorney's office was served with the habeas applications shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 4, 2015
Do not publish

: 00002

**Belinda Hill**
**Interim First Assistant**



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

February 25, 2015

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

> Re: Ex parte <u>DONALD WAYNE HEROD</u>
> No. <u>1152281-D</u> in the <u>339th</u>
> District Court of Harris County, Texas
> Filing date: 06-27-14

Date copy of writ delivered to District Attorney's Basket: __**FEB 2 5 2015**__
By: <u>L. Hernandez</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

FEB 2 5 2015
_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

: 00003

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS        {   IN THE 339th DISTRICT COURT

COUNTY OF HARRIS        {   OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the foregoing ⊥ pages contain true and correct copies of original records now in my lawful custody and possession relating to cause number 1152281-D including certified copies as requested from Court Order (entered on the 4TH day of FEBRAURY, A.D., 2015) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant DOANLD WAYNE HEROD is in the custody of the Texas Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 4TH day of MARCH, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By: _____
Leslie Hernandez, Deputy

REV. 01-02-04

: 000004